**Jose De Jesus Avila SANDOVAL, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–72904.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 12, 2013.

Filed Feb. 21, 2013.

Gabriel D. Miller, Esquire, Kendall Brill & Klieger LLP, Los Angeles, CA, for Petitioner.

Janette L. Allen, Esquire, Trial, Oil, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: BERZON and WATFORD, Circuit Judges, and CARR, Senior District Judge.*

MEMORANDUM **

Jose de Jesus Avila Sandoval ("Avila") petitions for review from the decision of the Board of Immigration Appeals ("BIA") denying as untimely his motion to reopen removal proceedings. This Court previously instructed the BIA to consider

---

* The Honorable James G. Carr, Senior United States District Judge for the Northern District of Ohio, sitting by designation.

whether Avila's motion should be deemed timely based on equitable tolling of the filing period. The BIA abused its discretion by rejecting the application of equitable tolling without any supporting factual or legal analysis. *See Movsisian v. Ashcroft,* 395 F.3d 1095, 1098 (9th Cir.2005). On remand, the BIA shall, after considering arguments from the parties, reconsider whether Avila is entitled to equitable tolling and explain the reasons for its decision.

**PETITION FOR REVIEW GRANTED AND REMANDED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.